An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JPH LAS VEGAS, LLC, A NEVADA
LIMITED LIABILITY COMPANY; IL
HIE & JEOUNG LEE FAMILY TRUST;
JOAN LEE, AN INDIVIDUAL; AND IL
HIE LEE, AN INDIVIDUAL,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JAMES CROCKETT, DISTRICT
JUDGE,
Respondents,
  and
NIGHTINGALE HOLDINGS, INC., A
NEVADA CORPORATION,
Real Party in Interest.

No. 68597

**FILED**

SEP 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of mandamus challenges a district court order expunging a lis pendens. Having considered the documents on file herein, we conclude that petitioners have failed to demonstrate that our extraordinary intervention is warranted, NRS

15-28817

34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004), and we therefore

ORDER the petition DENIED.[1]

_____, J.
Parraguirre

_____, J.
Saitta

_____, J.
Pickering

cc: Hon. James Crockett, District Judge
Enenstein Ribakoff La Vina & Pham
Kung & Brown
Eighth District Court Clerk

_____

[1]We deny as moot the request for a stay and lift the temporary stay entered in this matter on August 13, 2015.